IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ED KAMINSKI, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | NO. 3:12-cv-02461-WJN |
| | : | |
| ACCOUNTS RECOVERY BUREAU, INC., | : | |
| Defendant | : | JURY TRIAL DEMANDED |

**ENTRY OF APPEARANCE**

TO THE CLERK:

Kindly enter my appearance on behalf of defendant Accounts Recovery Bureau, Inc., in the above-captioned matter.

**JURY TRIAL DEMAND**

TO THE CLERK

Demand is hereby made for a jury of twelve (12) people in the above-captioned matter.

                                          FINEMAN KREKSTEIN & HARRIS, P.C.

                By:      /S/ Jennifer Tatum Root
                              RICHARD J. PERR, ESQUIRE (PA 72883)
                              JENNIFER TATUM ROOT, ESQUIRE (PA 308693)
                              BNY Mellon Center
                              1735 Market Street, Suite 600
                              Philadelphia, PA  19103-7513
                              (v) 215-893-9300; (f) 215-893-8719
                              e-mail: rperr@finemanlawfirm.com
                                          jroot@finemanlawfirm.com
                              Attorneys for Defendant

Dated:  January 10, 2013

{00623612;v1}

# CERTIFICATE OF SERVICE

I, JENNIFER TATUM ROOT, ESQUIRE, hereby certify that on or about this date, I served a true and correct copy of the foregoing electronically, or by first class mail, postage prepaid, or telecopy on the following:

> Kristin Sabatini, Esquire
> Sabatini Law Firm
> 216 N. Blakely Street
> Dunmore, PA 18512
> (v) 570-341-9000; (f) 570-504-2769
> ksecf@bankruptcypa.com
>     Attorneys for Plaintiff

            /S/ Jennifer Tatum Root
           JENNIFER TATUM ROOT, ESQUIRE

Dated:  January 10, 2013

{00623612;v1}