# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Ed Kaminski,<br>    Plaintiff<br><br>v.<br><br>Accounts Recovery Bureau, Inc.,<br>    Defendant | Docket 3:12-cv-03561-WJN<br><br>(JUDGE WILLIAM J. NEALON)<br><br><br><br>FILED ELECTRONICALLY |

## **ORDER**

The parties having filed a Stipulation of Voluntary Dismissal (Doc. __), IT IS ORDERED that this action is hereby dismissed without costs and with prejudice.

The Clerk of Court is directed to close the case.

Date:  _____           _____
                                                                                              William J. Nealon
                                                                                               United States District Judge