# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Ed Kaminski,<br>    Plaintiff | Docket 3:12-cv-02461-WJN |
| v. | (JUDGE WILLIAM J. NEALON) |
| Accounts Recovery Bureau, Inc.,<br>    Defendant | FILED ELECTRONICALLY |

### ORDER

The parties having filed a Stipulation of Voluntary Dismissal (Doc. 7), IT IS ORDERED that this action is hereby dismissed without costs and with prejudice.

The Clerk of Court is directed to close the case.

Date: 2-6-13

William J. Nealon
United States District Judge

FILED
SCRANTON

FEB 0 6 2013

PER _____
       DEPUTY CLERK